IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

QUENTIN L. BURKS,

Defendant.

8:26CR138

**MOTION TO DISMISS SENTENCING ENHANCEMENT UNDER 21 U.S.C. § 851 OF THE INDICTMENT**

COMES NOW the Plaintiff, United States of America, and hereby moves to dismiss the allegation of the enhancement under 21 U.S.C. § 851 as alleged in the *Indictment* (Filing No. 1). The remainder of the allegations in the *Indictment*, including the underlying charge of possession with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), are unchanged and shall remain pending against the defendant Quentin L. Burks. Defense counsel for defendant Quentin L. Burks was contacted and has no opposition to this motion.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By: s/ Jody Brent Mullis
JODY BRENT MULLIS, NM Bar#141627
Assistant U.S. Attorney
1700 Farnam Street, Suite 2500
Omaha, NE 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: jody.mullis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Jody Brent Mullis
Assistant U.S. Attorney